FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 14 2010

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PERSONALIZED MEDIA
COMMUNICATIONS, L.L.C.,

     Plaintiff,

     v.

SCIENTIFIC-ATLANTA, INC., and
POWERTV, INC.,

     Defendants.

_____

AND RELATED CLAIMS,
COUNTERCLAIMS, AND
CROSSCLAIMS.

CIVIL ACTION
No. 1:02-CV-824-CAP

O R D E R

This matter is before the court on the unopposed motion for
the court to limit the upcoming bench trial [Doc. No. 569] and the
corrected motion for the court to limit the upcoming bench trial
[Doc. No. 570], both filed on May 27, 2010.  The plaintiff appears
to have corrected the second motion to reflect that it is not
unopposed.  The court notes that no responsive briefs in opposition
have been filed to these motions and seeks clarification from the
parties.  The plaintiff and Gemstar are ORDERED to provide a status
update to the court within 14 days of the docketing of this order,
indicating whether the motion to limit the upcoming bench trial
[Doc. No. 570] is opposed or unopposed.  If Gemstar wishes to file
a brief in opposition, the court ORDERS Gemstar to do so along with

the status update.

SO ORDERED, this 14 day of June, 2010.

_____
CHARLES A. PANNELL, JR.
United States District Judge