# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:02-cv-00824-CAP
## Personalized Media v. Scientific-Atlanta, et al
## Honorable Charles A. Pannell, Jr.

Minute Sheet for proceedings held In Open Court on 09/16/2010.

TIME COURT COMMENCED: 9:05 A.M.
TIME COURT CONCLUDED: 3:00 P.M.
TIME IN COURT: 4:10

COURT REPORTER: Martha Frutchey
DEPUTY CLERK: Y. Martin

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Timothy DeWitt representing Personalized Media Communications, L.L.C. |
| | Maya Eckstein representing Personalized Media Communications, L.L.C. |
| | Bradley Grout representing Personalized Media Communications, L.L.C. |
| | William Hill representing Gemstar-TV Guide International, Inc. |
| | Joseph Sharp representing Gemstar-TV Guide International, Inc. |
| | Gregory Stillman representing Personalized Media Communications, L.L.C. |
| PROCEEDING CATEGORY: | Bench Trial Continued; |
| MINUTE TEXT: | Testimony of Thomas Scott, resumed. Pla's & dft's exh admitted. Dft rest. Parties to annotate proposed findings of fact 10 days after filing of Transcripts. PMC to file in 10 days brief re: jurisdictional issue. Gemstar to file response 10 days thereafter and reply brief due in 7 days. Closing arguments by counsel. |
| HEARING STATUS: | Hearing Concluded |